authority of Doscher v. Wyckoff, 132 App. Div. 139, 116 N. Y. Supp. 389, and Heiferman v. Scholder, 134 App. Div. 579, 119 N. Y. Supp. 520.

HEINITZ, Respondent, v. DARMSTADT, Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by Saul Heinitz against Frank Darmstadt. For former opinion, see, 140 App. Div. 252, 125 N. Y. Supp. 109.

PER CURIAM. Motion for reargument denied, with $10 costs.

HENCHY, Appellant, v. KNOBURN CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by John Henchy against the Knoburn Company. No opinion. Order unanimously affirmed, with costs.

HERBERT, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by Olive Herbert against the City of New York. R. R. Billington, for appellant. C. L. Barber, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HIGLEY et al. v. NOVARK et al. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) In the matter of supplementary proceedings by Clifford W. Higley and another against William Novark and another. No opinion. Application for stay granted.

HILL et al. v. BROOKLYN HEIGHTS R. Co. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Sarah Hill and another against the Brooklyn Heights Railroad Company. No opinion. Motion denied, with $10 costs.

HILL v. HARWAY et al. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by James K. Hill, as executor, etc., of George G. Bennett, deceased, against James W. Harway and others. No opinion. Appeal dismissed on argument, with $10 costs and disbursements. Settle order before the Presiding Justice. See, also, 127 N. Y. Supp. 1125.

HINMAN, Respondent, v. KEYES, Appellant. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Action by Harvey D. Hinman against Cora W. Keyes. No opinion. Motion granted, and question certified as follows: Was the Special Term authorized under section 1013 of the Code of Civil Procedure, to refer the issues in this action to a referee for trial? See, also, 127 N. Y. Supp. 1125.

In re HOME BOOK CO. (Supreme Court, Appellate Division, First Department. March 31, 1911.) In the matter of the Home Book Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 127 N. Y. Supp. 1125.

HORAN, Appellant, v. MASON, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by James J. Horan against Cassity E. Mason. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 141 App. Div. 89, 125 N. Y. Supp. 668.

HOWLETT, Respondent, v. AMERICAN MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Annie Howlett, an infant, etc., against the American Manufacturing Company. J. F. Carew, for appellant. E. C. Crowley, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

McLAUGHLIN, J., dissents.

In re HUGHES. (Supreme Court, Appellate Division, First Department. March 24, 1911.) In the matter of Louise B. Hughes. No opinion. Motion denied. Settle order on notice.

HUTCHINGS, Respondent, v. TIBBALS et al., Appellants. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Frederick E. Hutchings against E. Nelson Tibbals and others. W. F. Unger, for appellants. A. A. Michell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re ION. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) In the matter of the application of Theodore P. Ion for admission to the bar. No opinion. Application granted.

JACKSON, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Bernhardt Jackson against the Metropolitan Life Insurance Company. No opinion. Interlocutory judgment (69 Misc. Rep. 265, 126 N. Y. Supp. 680) affirmed, with costs.

In re JAMACIA AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 28, 1911.) In the matter of the application of the City of New York relative to acquiring title, etc., to lands, etc., for the opening and extending of Jamacia Avenue. No opinion. Orders affirmed on reargument, without costs.

JELIN, Respondent, v. SINGER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action

by Gussie Jelin, an infant, by Lena Jelin, her guardian ad litem, against Samuel Singer and another. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

JOHNSON, Appellant, v. MORSE DRY DOCK· & REPAIR CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Thomas Johnson, as administrator, etc., of George Johnson, deceased, against the Morse Dry Dock & Repair Company. No opinion. Judgment unanimously affirmed, with costs. See, also, 127 N. Y. Supp. 1126.

---

JOHNSON v. WELLS FARGO EXPRESS CO. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Appeal from Trial Term, New York County. Action by William Johnson against the Wells Fargo Express Company. From the judgment, and from an order denying a new trial, defendant appeals. Reversed, and new trial granted. William A. Jones, Jr., for appellant. Alfred J. Talley, for respondent.

SCOTT, J. Defendant appeals from a judgment, and order denying a motion for a new trial, in an action for damages suffered by plaintiff in consequence of having been run over by a truck driven by defendant's servant. The evidence in the aspect most favorable to plaintiff, and wholly disregarding the evidence in favor of defendant, utterly fails to show either that defendant's servant was guilty of negligence or that plaintiff himself was free from contributory negligence. When we come to consider all the evidence, including that presented by defendant, it becomes entirely clear that defendant's servant was free from negligence, and that the accident happened in consequence of plaintiff's own negligence or inadvertence. The judgment and order appealed from must therefore be reversed, and a new trial granted, with costs to appellant to abide the event. All concur.

---

JONES et al., Appellants, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 31, 1911.) Action by Robert Jones and another against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment affirmed, with costs. See, also, 125 App. Div. 900, 109 N. Y. Supp. 1134.

---

JONES v. GOULD et al. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by John S. Jones against George J. Gould and others. No opinion. Motion granted. Question to be certified on settlement of order. Settle order on notice. See, also, 126 App. Div. 910, 110 N. Y. Supp. 1133; 128 N. Y. Supp. 280.

---

JONES v. SMITH et al. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) Appeal from Trial Term, Queens County. Action by Melvina A. Jones against Christian E. Smith, individually and as executor of the alleged last will and testament of Melvin T. Smith, deceased, and others. From the judgment, and from an order denying a new trial, plaintiff appeals. Reversed, and new trial granted. Edmund C. Viemeister, for appellant. James M. Gray (Joseph E. Owens, on the brief), for respondents.

PER CURIAM. On the trial of this action numerous errors were committed in the exclusion of evidence offered by the plaintiff. Some of them, if taken alone, might be considered as harmless; but they were so numerous, and so continuous, that the mass of them cannot be overlooked by this court. Particular attention may be called to the rulings and exceptions shown in the record at folios 71, 72, 75, 76, 89, 102, 123, 145, 146, 162, 163, 177, 188, 190, 191, 205, 222, 240, 265, 266, 267, 271, 273, 279, 281, 282, 283, 336, and 389. The judgment and order are reversed, and a new trial granted; costs to abide the event.

---

KAHEN, Appellant, v. SZCZERBACKI, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by Barnet Kahen against Frank Szczerbacki. No opinion. Judgment of County Court and judgment of City Court reversed, with costs in all courts to appellant.

---

KAMINSKY et al., Respondents, v. WILLIAM HAAKER CO., Appellant. (Supreme Court, Appellate Division, First Department April 13, 1911.) Action by Abraham Kaminsky and others against the William Haaker Company. J. M. Gorman, for appellant. R. Marks, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

KAMINSKY et al. v. WILLIAM HAAKER CO. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Abraham Kaminsky and others against the William Haaker Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

---

KAPLAN v. FRIEDMAN CONST. CO. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Hyman Kaplan against the Friedman Construction Company. No opinion. Motion denied. Order filed. See, also, 127 N. Y. Supp. 1127.

---

KAUFMAN, Appellant, v. CRYSTAL et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Harry Kaufman against David Crystal and another. No opinion. Judgment and order unanimously affirmed, with costs.

---

KEAN et al., Respondents, v. KANE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Michael J. Kean and another, as executors, etc., against Mary Kane and others. PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellants to abide